*In re* **SULLIVAN**, Patrick Joseph (MR 20142)
Naperville, IL

Order of the Court:

The amended petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose discipline on consent pursuant to Supreme Court Rule 762(b) is allowed, and respondent Patrick Joseph Sullivan is suspended from the practice of law for two years and until further order of the Court.

*In re* **VAN HOOREWEGHE**, Francis Raymond (MR 19989)
Moline, IL

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission for leave to file exceptions to the report and recommendation of the Review Board is denied. Respondent Francis Raymond Van Hooreweghe is suspended from the practice of law for 60 days, as recommended by the Review Board. Suspension effective June 9, 2005. Respondent Francis Raymond Van Hooreweghe shall reimburse the Disciplinary Fund for any Client Protection payments arising from his conduct prior to the termination of the period of suspension.